**25-2004**

# United States Court of Appeals for the Federal Circuit

**CPR CERTIFICATION, LLC,**
*Appellant,*

v.

**CPR, LLC,**
*Appellee*

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Opposition No. 91276058

## STATEMENT OF COUNSEL FOR CPR CERTIFICATION, LLC CONCERNING SCHEDULING CONFLICTS FOR ORAL ARGUMENT

BRITTANY J. MAXEY-FISHER
MAXEY-FISHER, PLLC
7650 WEST COURTNEY CAMPBELL CSWY
SUITE 1100
TAMPA, FLORIDA 33607
(727)230-4949

*Counsel for Appellant CPR Certification, LLC*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## RESPONSE TO NOTICE TO ADVISE OF SCHEDULING CONFLICTS

**Case Number:** 25-2004

**Short Case Caption:** CPR Certification, LLC v. CPR, LLC

**Party Name(s):** CPR Certification, LLC

**INFORMATION:** The court uses this form to determine whether and when to schedule cases for oral argument. Arguing counsel may be changed later, but a motion to reschedule is required once the court schedules argument. Please plan in advance to adhere to the limit on the number of arguing counsel in Fed. Cir. R. 34(e).

**Argument Waiver** ☐ My party intends to waive oral argument.

NOTE: Filers checking this box must still complete the below sections. **The court may still schedule this case for oral argument even if any party intends to waive argument.** If scheduled, parties may still elect to waive argument using the response to notice of oral argument form.

**Other Parties Representing Interests**

☐ Counsel for another party will represent my party's interests at oral argument

NOTE: If this box is checked, skip the remaining sections. Any argument date will be selected based on conflict dates for counsel arguing on behalf of your party.

| | |
|---|---|
| **Name of Expected Arguing Counsel** | Brittany J. Maxey-Fisher |

**Dates Unavailable**

Do you have dates of unavailability within the specific sessions identified by the court's Notice to Advise of Scheduling Conflicts in your case?

☑ Yes ☐ No

If yes, attach a separate sheet listing **up to ten dates** of unavailability and **include a statement showing good cause for each date**. Dates without good cause or that do not pertain to arguing counsel (e.g., client conflicts) will not be accepted. The court will only accept dates for one counsel and only if that counsel has filed an entry of appearance. The Clerk's Office will evaluate and note accepted or rejected conflict dates; counsel may contact the Clerk's Office about re-filing if dates are rejected. *See* Fed. Cir. R. 34(d); Practice Notes to Rule 34.

**Potential Case Conflicts**

Are there other pending cases before this court (regardless of case status) in which expected arguing counsel in this case also expects to argue?

☐ Yes ☑ No

If yes, attach a separate sheet listing those cases.

I certify the above information and any attached statement is complete and accurate. I further certify that I will update my notice should new conflicts arise or existing conflicts change.

Date: 10/01/2026

Signature: /s/Brittany J. Maxey-Fisher

Name: Brittany J. Maxey-Fisher

**STATEMENT OF COUNSEL FOR CPR CERTIFICATION, LLC CONCERNING SCHEDULING CONFLICTS FOR ORAL ARGUMENT**

Brittany J. Maxey-Fisher, the attorney representing Appellant CPR Certification, LLC ("Appellant") in the above-captioned case, will be presenting oral argument on behalf of Appellant, in the event that oral argument is scheduled in this case.

The Court's September 24, 2026 Notice to Advise of Scheduling Conflicts of Arguing Counsel (Doc. 38) ("Notice") directed arguing counsel to advise of any scheduling conflicts during the court sessions in December, January, February, March, April, and May.

Pursuant to Fed. Cir. R. 34(d)(2) & (3), Ms. Maxey-Fisher is not available during the December session (December 07, 08, 09, 10, 11). These dates have been set aside for a pre-planned vacation. Ms. Maxey-Fisher is not available during the January session (January 05, 06, 07, 08). These dates have been set aside for a family engagement. Lastly, Ms. Maxey-Fisher is not available during February 05 of the February session, but the remainder of the February session is available (February 01, 02, 03, 04). Ms. Maxey-Fisher set aside February 05, 2027, as part of a pre-planned vacation abroad celebrating her birthday. At this time, Ms. Maxey-Fisher is available for oral argument in all other sessions identified in the Notice: the February (01, 02, 03, 04 only), March, April, and May court sessions.

Dated: October 01, 2026

Respectfully Submitted,
/s/*Brittany J. Maxey-Fisher*

BRITTANY J. MAXEY-FISHER
MAXEY-FISHER, PLLC
7650 WEST COURTNEY CAMPBELL CAUSEWAY
SUITE 1100
TAMPA, FLORIDA 33607
(727)230-4949
bmaxeyfisher@maxeyfisher.com
lpg@maxeyfisher.com

*Counsel for Appellant CPR Certification, LLC*